# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MELINDA WEISS,<br><br>    Plaintiff,<br><br>v.<br><br>PREMIER INSURANCE BENEFITS, LLC,<br><br>    Defendant. | Case No. 8:22-cv-00812-TPB-TGW |

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and jointly requested by Plaintiff MELINDA WEISS ("Plaintiff") and Defendant PREMIER INSURANCE BENEFITS, LLC ("Defendant"), through their respective counsel, that the above-entitled action shall be dismissed in its entirety, with prejudice as to Plaintiff's individual action, and without prejudice as to the class action claims asserted in the lawsuit. Each party shall bear its own costs and expenses.

Respectfully submitted,

Dated:  October 6, 2022	*/s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
Attorneys for Plaintiff

Dated:  October 6, 2022	*/s/ Martin Schannong*
Martin Schannong (*Pro Hac Vice*)
schannongm@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Blvd., Suite 1200
Los Angeles, CA 90045
Telephone: (310) 242-2200
Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, a true and correct copy of the foregoing document entitled STIPULATION FOR DISMISSAL was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

Dated:  October 6, 2022    */s/ Martin Schannong*
Martin Schannong (*Pro Hac Vice*)
schannongm@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Blvd., Suite 1200
Los Angeles, CA 90045
Telephone: (310) 242-2200
Attorneys for Defendant